**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                          Case No. 04-CR-80879-DT

BOB BEST,

    Defendant.
                                   /

**ORDER SETTING DEADLINE TO FILE A REPLY**

On February 24, 2010, Defendant filed his amended motion to vacate, set aside, or correct his sentence under 28 U.S.C. § 2255. The Government filed a response on March 2, 2010. Accordingly,

IT IS ORDERED that Defendant shall file any reply by **March 26, 2010**.


                                          S/Robert H. Cleland
                                          ROBERT H. CLELAND
                                          UNITED STATES DISTRICT JUDGE

Dated: March 4, 2010

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 4, 2010, by electronic and/or ordinary mail.

                                          S/Lisa Wagner
                                          Case Manager and Deputy Clerk
                                          (313) 234-5522